E-filing

Cheryl Barnard
Legal Helpers, P.C.
564 Market Street, Ste. 300
San Francisco, CA 94104
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cba@legalhelpers.com
*Attorneys for Plaintiff*

**FILED**

FEB 16 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee
Paid
iss.
(99)

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Steve Martinez<br>39355 Drake Way<br>Fremont, CA 94538<br><br>     Plaintiff,<br><br>v.<br><br>Capital Management Services, LP<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210<br><br>     Defendant. | Case No.:<br><br>Judge:  **C10-00649**  MHP<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, INVASION OF PRIVACY, AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around December 2, 2009, Defendant telephoned Plaintiff's residence and left a voice message.

8. During this communication, Defendant did not identify who the message was for.

9. On or around December 2, 2009, Plaintiff's fiancée ("Mary") telephoned Defendant.

10. During this communication, Defendant disclosed the existence, nature, and/or amount of the debt to Mary.

11. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party and failed to comply with 15 U.S.C. §1692b.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party and disclosed that Plaintiff owed the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## COUNT FOUR

### Invasion of Privacy by Public Disclosure of a Private Fact

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant released information which was private to Plaintiff and concerned Plaintiff's private life to Plaintiff's fiancée.

21. Defendant's disclosure of Plaintiff's debt to this person is highly offensive.

22. The information disclosed is not of legitimate concern to the public.

## JURY DEMAND

23. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. Judgment, in an amount to be determined at trial, against Defendant for the Public Disclosure of a Private Fact.

   c. For such other legal and/or equitable relief as the Court deems appropriate.

Legal Helpers, P.C.

By: _Cheryl Barnard_

Cheryl Barnard
564 Market Street, Ste. 300
San Francisco, CA 94104
Tel: 1.866.339.1156
Fax: 1.312.822.1064
cba@legalhelpers.com
*Attorney for Plaintiff*

Complaint - 3