Christine Pham
Legal Helpers, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Steve Martinez, | Case No. 3:10-cv-00649-MHP |
|      Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Capital Management Services, LP, | |
|      Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in

the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of

Dismissal with prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT                                    1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

      I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of

3

this filing will be sent by operation of the Court's electronic filing system to all parties indicated

4

on the electronic filing receipt. The following party was served via regular U.S. mail:

5

6

7   Capital Management Services, LP
726 Exchange St., Suite 700

8   Buffalo, NY 14210

9

10                         */s/ Richard J. Meier*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT                 2