Christine Pham
Legal Helpers, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Steve Martinez, | Case No. 3:10-cv-00649-MHP |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** **WITH PREJUDICE** |
| Capital Management Services, LP, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210

*/s/ Richard J. Meier*

NOTICE OF DISMISSAL
WITH PREJUDICE

2